BELINDA MEEHAN, Appellant, *v.* SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Respondent.

*Meehan* v. *Supreme Council, C. B. L.*, 95 App. Div. 142, affirmed.
(Argued January 26, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1904, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover upon a policy of life insurance.

*Edward Herrmann* for appellant.

*John C. McGuire* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, HISCOCK and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.